AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jose Valdivino Pereira | ) | Case No.   12-8376-WM |
| | ) | |
| | ) | |
| | ) | |

FILED by _____ D.C.

SEP 1 9 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 16, 2012_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. §§ 1326(a) | an alien, having previously been removed and deported from the United States on February 18, 2009, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States. |

This criminal complaint is based on these facts:

See attached affidavit of Immigration and Customs Enforcement, Homeland Security Investigations Special Agent Daniel P. Richichi.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____Special Agent Daniel P. Richichi_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____09/19/2012_____

_____
*Judge's signature*

City and state: _____West Palm Beach, Florida_____    _____U.S. Magistrate Judge William Matthewman_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Daniel P. Richichi, after being duly sworn, declare as follows:

### A.    Introduction and Agent Background

1.      I am a Special Agent with the United States Department of Homeland Security / Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in West Palm Beach, Florida. I have been employed as an HSI Agent since December 2008, and my duties and responsibilities include conducting alien smuggling and immigration related investigations. Prior to becoming a Special Agent, I was employed as an Officer with the United States Department of Homeland Security / United States Customs and Border Protection for approximately five and a half years and during that time, I conducted numerous criminal investigations involving immigration violations and immigration document and benefit fraud.

2.      The statements contained in this affidavit are based upon personal knowledge, as well as information provided by other HSI, U.S. Customs and Border Protection (hereinafter CBP) Office of Air and Marine (hereinafter OAM) agents and Border Patrol (hereinafter BP) agents and United States Coast Guard (hereinafter USCG) officers. I have not included in this Affidavit each and every fact and circumstance known, but only the facts and circumstances that I believe are sufficient to establish probable cause.

### B.    Facts

3.      On September 16, 2012 at approximately 7:26 p.m., CBP OAM Interdiction Agents interdicted a 26' Robalo vessel bearing Florida registration "FL0714NW" approximately two nautical miles east of the Boynton Beach inlet, Florida.

The vessel had been identified as transiting the Atlantic Ocean from Freeport, Grand Bahama Island by a CBP OAM aircraft.  Upon interdiction, Agents identified eleven individuals onboard the vessel, all of which were Brazilian nationals without documentation to enter the United States.

4.      One of these Brazilian nationals was identified as Jose VALDIVINO PEREIRA.  VALDIVINO PEREIRA had in his possession a Brazilian passport number FB428021.  Queries of several federal indices indicated that VALDIVINO PEREIRA had been previously deported on February 18, 2009, from the United States to Brazil. VALDIVINO PEREIRA was transferred to USCG Cutter Bluefin and on September 17, 2012 was subsequently transferred to the USCG Station Lake Worth and then to the Border Patrol Station West Palm Beach.

4.      Records contained within VALDIVINO PEREIRA's Alien file, which is the receptacle for all information maintained by ICE about an alien, revealed that VALDIVINO PEREIRA is a native and citizen of Brazil, who was ordered, removed from the United States on February 3, 2009.  A biometrics comparison revealed a positive match between the individual in custody and the one that had been previously deported by ICE referencing the name Jose VALDIVINO PEREIRA and FBI # 784359CD3.

5.      On September 17, 2012, Homeland Security Investigations Special Agent (S/A) Daniel Richichi and S/A Kenneth Cisneros interviewed VALDIVINO PEREIRA, which was interpreted in the Spanish language, which VALDIVINO PEREIRA was competent in, by S/A Cisneros.  After waiving his Miranda Rights, VALDIVINO PEREIRA stated that he had been deported to Brazil in 2009.  VALDIVINO PEREIRA

2

stated that he came back into the United States in 2010, by crossing the Mexican border into the United States, and returned to Brazil in 2011.

6.      VALDIVINO PEREIRA stated that he paid $14,000.00 to an individual named "Sidney" in Brazil to be smuggled to the United States on this occasion. VALDIVINO PEREIRA stated that on or about August 21, 2012 he flew from Belo Horizonte, Brazil to Panama City, Panama to Nassau, Bahamas and then to Freeport, Bahamas. On September 16, 2012, VALDIVINO PEREIRA stated he boarded the vessel, which he was interdicted on with several other Brazilian's and was destined for the United States.

9.      Based upon the conduct described herein, there is probable cause to believe that VALDIVINO PEREIRA violated Title 8, United States Code, Section 1326; Re-Entry of a Removed Alien.

FURTHER AFFIANT SAYETH NAUGHT

Daniel P. Richichi, Special Agent
Homeland Security Investigations

Sworn to before me this 19ᵗʰ day of September, 2012.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### No. __12-8376-WM__

**UNITED STATES OF AMERICA**

**vs.**

**JOSE VALDIVINO PEREIRA,**

**Defendant.**

_____/

## CRIMINAL COVER SHEET

1.     Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?     _____ Yes __X__ No

2.     Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?     _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:     _____

Emalyn H. Webber
Assistant United States Attorney
Fla. Bar No. 407501
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561) 820-8711
Fax: (561) 820-8777
Emalyn.Webber@usdoj.gov